

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00232-CV

**IN RE** Bernel **RUIZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: April 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On April 9, 2025, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 1992EM503023, styled *Attorney General of the State of Texas v. Bernel Ruiz*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.